**Order entered March 15, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00163-CV

### JOHN THOMAS, M.D., ET AL., Appellants

### V.

### BIOTE MEDICAL, LLC, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-09503**

## ORDER

Before the Court is appellants' March 14, 2019 unopposed motion for extension of time to file a brief. We **GRANT** the motion and extend the time to **April 18, 2019**.

/s/     KEN MOLBERG
JUSTICE